| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KUGLER, ROBERT B. | 2. Court or Organization<br><br>United States District Court - District of New Jersey | 3. Date of Report<br><br>11/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Mitchell Cohen U.S. Courthouse<br>One John F. Gerry Plaza<br>Camden, New Jersey 08101 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-Employed Stenographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KUGLER, ROBERT B.** | 11/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2.  Franklin TempletonMutual Qualified Fund | A | Dividend | J | T | | | | | |
| 3.  Trust (Income Beneficiary) | C | Dividend | M | T | | | | | |
| 4.  Partnership, Coins | | None | J | T | | | | | |
| 5.  TD Bank | A | Interest | J | T | | | | | |
| 6.  AIG Sun America | A | Interest | J | T | | | | | |
| 7.  Trust (Trustee) - #8 - #98 are assets of the Trust | | | | | | | | | |
| 8.  -Vanguard Bond Fund | B | Dividend | L | T | | | | | |
| 9.  -Vanguard NJ Tax Exempt | A | Dividend | L | T | | | | | |
| 10.  -Vanguard Dividend Growth | D | Dividend | M | T | | | | | |
| 11.  -Vanguard 500 Index Fund | D | Dividend | M | T | | | | | |
| 12.  -Wells Fargo | A | Interest | K | T | | | | | |
| 13.  -Ambev SA ADR | A | Dividend | J | T | Buy | 11/11/13 | | | |
| 14.  -Bassett Furniture | A | Dividend | J | T | | | | | |
| 15.  -Bel Fuse Inc. | A | Dividend | J | T | Buy | 02/26/14 | | | |
| 16.  -Calamos Asset Mgmt. Inc. | A | Dividend | J | T | | | | | |
| 17.  -Codorus Valley Bancorp | A | Dividend | J | T | Sold | 12/07/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Commercial National Finl Corp. | A | Dividend | J | T | Buy | 05/15/14 | | | |
| 19. -Compx Intl Inc. | A | Dividend | J | T | Buy | 05/02/14 | | | |
| 20. -Croghan Bancshares Inc. | A | Dividend | J | T | Buy | 06/28/14 | | | |
| 21. -Crown Media Holdings | A | Dividend | J | T | Buy | 02/26/14 | | | |
| 22. -Delta Natural Gas Company Inc. | A | Dividend | J | T | | | | | |
| 23. -Diversicare Healthcare Svcs Inc. | A | Dividend | J | T | Buy | 09/16/14 | | | |
| 24. -Eastern Virginia Bank Inc. | A | Dividend | J | T | | | | | |
| 25. -F & M Bank Corp. | A | Dividend | J | T | | | | | |
| 26. -First Bancshares Inc. | A | Dividend | J | T | | | | | |
| 27. -First (Nev) Community Bancshares | A | Dividend | J | T | Buy | 06/18/14 | | | |
| 28. -First Bankshares Inc. (Ms) | A | Dividend | J | T | | | | | |
| 29. -Horace Mann Educators Corp. | A | Dividend | J | T | | | | | |
| 30. -Ingredion, Inc. | A | Dividend | J | T | | | | | |
| 31. -Integrys Energy Group | A | Dividend | K | T | | | | | |
| 32. -Iowa First Bancshares Corp. | A | Dividend | J | T | | | | | |
| 33. -Laclede Group Inc. | A | Dividend | J | T | | | | | |
| 34. -Logansport Financial Corp. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Magal Securities Systems | A | Dividend | J | T | Buy | 09/16/14 | | | |
| 36. -Manning & Napier Inc. | A | Dividend | J | T | | | | | |
| 37. -MDV Resources Group, Inc. | A | Dividend | J | T | | | | | |
| 38. -Mid Penn Bancorp Inc. | A | Dividend | J | T | | | | | |
| 39. -Molina Healthcare Inc. | A | Dividend | J | T | Buy | 04/11/14 | | | |
| 40. -Monarch Financial Holdings Inc. | A | Dividend | J | T | | | | | |
| 41. -New Jersey Res Corp. | A | Dividend | J | T | | | | | |
| 42. -Nordic American Tanker Ltd | A | Dividend | J | T | Buy | 06/27/14 | | | |
| 43. -Northway Financial Inc. | A | Dividend | J | T | | | | | |
| 44. -Northwest Natural Gas Co. | A | Dividend | J | T | | | | | |
| 45. -Otter Tail Corp. | A | Dividend | J | T | Buy | 09/05/14 | | | |
| 46. -Pembina Pipeline Corp. | A | Dividend | J | T | | | | | |
| 47. -Pico Holdings Inc. | A | Dividend | J | T | | | | | |
| 48. -Pinnacle Bancshares Inc. | A | Dividend | J | T | | | | | |
| 49. -Powersecure Intl Inc. | A | Dividend | J | T | Buy | 09/16/14 | | | |
| 50. -River Valley Bancorp | A | Dividend | J | T | Buy | 07/07/14 | | | |
| 51. -Royal Dutch Shell | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Security Federal Corp. | A | Dividend | J | T | Buy | 01/27/14 | | | |
| 53. -Shiloh Industries Inc. | A | Dividend | J | T | | | | | |
| 54. -Southern Michigan Bancorp | A | Dividend | J | T | Buy | 05/15/14 | | | |
| 55. -Spartan Nash Co. | A | Dividend | J | T | Buy | 06/02/14 | | | |
| 56. -Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 57. -Summit State Bank | A | Dividend | J | T | | | | | |
| 58. -Universal Health Realty Income Trust | A | Dividend | J | T | Buy | 02/26/14 | | | |
| 59. -Veolia Environmental ADR | A | Dividend | J | T | Buy | 04/08/14 | | | |
| 60. -WGL Holdings Inc. | A | Dividend | J | T | Buy | 02/10/14 | | | |
| 61. -Calumet Specialties Products | A | Dividend | J | T | Buy | 11/14/14 | | | |
| 62. -Plains All American Pipeline | A | Dividend | J | T | Buy | 01/02/14 | | | |
| 63. -Penn West Pete Ltd. | A | Dividend | J | T | Buy | 07/22/14 | | | |
| 64. -Penn West Pete Ltd. | | | | | Sold | 08/05/14 | J | A | |
| 65. -Teekay LNG Partners | A | Dividend | J | T | Buy | 09/16/14 | | | |
| 66. -Teekay LNG Partners | | | | | Sold | 10/14/14 | J | A | |
| 67. -Innovative Solutions and Support Inc. | A | Dividend | J | T | Buy | 05/02/14 | | | |
| 68. -Innovative Solutions and Support Inc. | | | | | Sold | 10/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pike Corp. | A | Dividend | J | T | Buy | 05/02/14 | | | |
| 70. -Transalta Corp. | A | Dividend | J | T | Buy | 05/07/14 | | | |
| 71. -Transalta Corp. | | | | | Sold | 12/09/14 | J | A | |
| 72. -Natural Resources Partners Ltd. | A | Dividend | J | T | Buy | 05/15/14 | | | |
| 73. -Natural Resources Partners Ltd. | | | | | Sold | 06/04/14 | J | A | |
| 74. -Du Pont Fabrus Technology | A | Dividend | J | T | Buy | 04/29/14 | | | |
| 75. -Du Pont Fabrus Technology | | | | | Sold | 07/09/14 | J | A | |
| 76. -Medical Properties Trust | A | Dividend | J | T | Buy | 03/24/14 | | | |
| 77. -CVR Partners Ltd. Partnership | A | Dividend | J | T | Buy | 06/02/14 | | | |
| 78. -CVR Partners Ltd. Partnership | | | | | Sold | 12/13/14 | J | A | |
| 79. -AGL Resources | A | Dividend | J | T | Sold | 07/09/14 | J | A | |
| 80. -Centerpoint Energy Inc. | A | Dividend | J | T | Sold | 07/09/14 | J | A | |
| 81. -Winthrop Realty Trust | A | Dividend | J | T | Sold | 07/09/14 | J | A | |
| 82. -Core Molding Tech Inc. | A | Dividend | J | T | Sold | 08/05/14 | J | A | |
| 83. -Liberty Property Trust | A | Dividend | J | T | Sold | 08/05/14 | J | A | |
| 84. -Northwest Bancorp | A | Dividend | J | T | Sold | 05/07/14 | J | A | |
| 85. -People's Financial Services | A | Dividend | J | T | Sold | 05/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -AGL Resources Inc. | A | Dividend | J | T | Sold | 07/08/14 | J | C | |
| 87. -Atmos Energy Corp. | A | Dividend | J | T | Sold | 07/08/14 | J | C | |
| 88. -Unitil Corp. | A | Dividend | J | T | Sold | 07/08/14 | J | B | |
| 89. -Meta Financial Corp. | A | Dividend | J | T | Sold | 02/13/14 | J | C | |
| 90. -Nustar Group Holdings LLC | A | Dividend | J | T | Sold | 02/13/14 | J | B | |
| 91. -Cambrex Corp. | A | Dividend | J | T | Sold | 03/06/14 | J | B | |
| 92. -Corelogic Inc. | A | Dividend | J | T | Sold | 01/28/14 | J | B | |
| 93. -First United Corp. Maryland | A | Dividend | J | T | Sold | 01/28/14 | J | A | |
| 94. -Kellogg Co. | A | Dividend | J | T | Sold | 01/28/14 | J | A | |
| 95. -Mantech Intl Corp. | A | Dividend | J | T | Sold | 01/29/14 | J | A | |
| 96. -Sanderson Farms Inc. | A | Dividend | J | T | Sold | 01/28/14 | J | C | |
| 97. -Stratlec Sec Corp. | A | Dividend | J | T | Sold | 03/25/14 | J | D | |
| 98. -Mortgage NJ Property | A | Interest | N | T | | | | | |
| 99. PBA Natural Gas Storage RPSTG LP | A | Dividend | J | T | | | | | |
| 100. U S Savings Bonds | A | Interest | K | T | | | | | |
| 101. Met Life (whole life) | A | Dividend | J | T | | | | | |
| 102. T D Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. T Rowe Price Alaska 529 (no control) | C | Dividend | M | T | | | | | |
| 104. ING Direct | A | Interest | K | T | | | | | |
| 105. Ambev | A | Dividend | J | T | Buy | 03/06/14 | | | |
| 106. Manning & Napier | A | Dividend | J | T | Buy | 02/26/14 | | | |
| 107. Manning & Napier | | | | | Sold | 05/20/14 | J | A | |
| 108. Bel Fuse Inc. | A | Dividend | J | T | Buy | 02/27/14 | | | |
| 109. Bel Fuse Inc. | | | | | Sold | 04/21/14 | J | B | |
| 110. Commercial National Financial Corp. | A | Dividend | J | T | Buy | 02/28/14 | | | |
| 111. CVR Energy Inc. | A | Dividend | J | T | Buy | 03/07/14 | | | |
| 112. CVR Energy Inc. | | | | | Sold | 05/01/14 | J | B | |
| 113. F & M Bank Corp. | A | Dividend | J | T | Buy | 03/12/14 | | | |
| 114. Integrys Energy Group | A | Dividend | J | T | Buy | 03/06/14 | | | |
| 115. SPDR Gold Trust Shares | A | Dividend | J | T | Buy | 03/21/14 | | | |
| 116. SPDR Gold Trust Shares | | | | | Sold | 06/04/14 | J | A | |
| 117. Medical Properties Trust Inc. | A | Dividend | J | T | Buy | 03/26/14 | | | |
| 118. Medical Properties Trust Inc. | | | | | Sold | 07/09/14 | J | A | |
| 119. Bank McKenney Va | A | Dividend | J | T | Buy | 04/07/14 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Veolia Environmental ADR | A | Dividend | J | T | Buy | 04/07/14 | | | |
| 121. Delta Natural Gas | A | Dividend | J | T | Buy | 04/22/14 | | | |
| 122. Delta Natural Gas | | | | | Sold | 07/08/14 | J | A | |
| 123. Molina Healthcare Inc. | A | Dividend | J | T | Buy | 04/22/14 | | | |
| 124. Molina Healthcare Inc. | | | | | Sold | 08/06/14 | J | A | |
| 125. Security Federal Corp. | A | Dividend | J | T | Buy | 04/22/14 | | | |
| 126. Winthrop Realty Trust | A | Dividend | J | T | Buy | 04/23/14 | | | |
| 127. Ballston Spa National Bank | A | Dividend | J | T | Buy | 04/29/14 | | | |
| 128. Sturges Bancorp Inc. | A | Dividend | J | T | Buy | 04/29/14 | | | |
| 129. Compx Intl Inc. | A | Dividend | J | T | Buy | 05/02/14 | | | |
| 130. Compx Intl Inc. | | | | | Sold | 09/29/14 | J | A | |
| 131. Natural Resources Partners LP | A | Dividend | J | T | Buy | 06/02/14 | | | |
| 132. CVR Partners LP | A | Dividend | J | T | Buy | 06/02/14 | | | |
| 133. Louisiana Pacific | A | Dividend | J | T | Buy | 06/02/14 | | | |
| 134. Louisiana Pacific | | | | | Sold | 11/10/14 | J | A | |
| 135. Spartan Stores (now Spartan Nash Co) | A | Dividend | J | T | Buy | 06/02/14 | | | |
| 136. CBT Financial Corp. | A | Dividend | J | T | Buy | 06/09/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Bio-Reference Lab Inc. | A | Dividend | J | T | Buy | 06/16/14 | | | |
| 138.  Innovative Solutions & Support Inc. | A | Dividend | J | T | Buy | 06/30/14 | | | |
| 139.  Innovative Solutions & Support Inc. | | | | | Sold | 10/10/14 | J | A | |
| 140.  River Valley Bancorp | A | Dividend | J | T | Buy | 07/07/14 | | | |
| 141.  Intl Speedway Class A | A | Dividend | J | T | Buy | 07/09/14 | | | |
| 142.  Intl Speedway Class A | | | | | Sold | 10/14/14 | J | A | |
| 143.  Exelon Corp. | A | Dividend | J | T | Buy | 07/22/14 | | | |
| 144.  First Community Bancshares Inc. | A | Dividend | J | T | Buy | 07/24/14 | | | |
| 145.  Powersecure Intl. Inc. | A | Dividend | J | T | Buy | 07/29/14 | | | |
| 146.  Transalta Corp. | A | Dividend | J | T | Buy | 08/01/14 | | | |
| 147.  Transalta Corp. | | | | | Sold | 12/04/14 | J | A | |
| 148.  Franklin Financial Services | A | Dividend | J | T | Buy | 08/04/14 | | | |
| 149.  Iowa First Bancshares Corp. | A | Dividend | J | T | Buy | 08/04/14 | | | |
| 150.  PGT Inc. | A | Dividend | J | T | Buy | 08/15/14 | | | |
| 151.  PICO Holdings Inc. | A | Dividend | J | T | Buy | 08/15/14 | | | |
| 152.  Otter Tail Corp. | A | Dividend | J | T | Buy | 09/04/14 | | | |
| 153.  Shiloh Industries | A | Dividend | J | T | Buy | 09/04/14 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Shiloh Industries | | | | | Sold | 09/29/14 | J | A | |
| 155.  Armada Hoffler Properties, Inc. | A | Dividend | J | T | Buy | 09/11/14 | | | |
| 156.  Magal Security | A | Dividend | J | T | Buy | 09/16/14 | | | |
| 157.  Croghan Bancshares Inc. | A | Dividend | J | T | Buy | 10/29/14 | | | |
| 158.  Health Ins. Innovations Inc. | A | Dividend | J | T | Buy | 11/05/14 | | | |
| 159.  Martin Mid Stream Partners LP | A | Dividend | J | T | Buy | 11/05/14 | | | |
| 160.  Martin Mid Stream Partners LP | | | | | Sold | 12/13/14 | J | A | |
| 161.  Huntsman Corp. | A | Dividend | J | T | Buy | 11/07/14 | | | |
| 162.  Huntsman Corp. | | | | | Sold | 12/17/14 | J | A | |
| 163.  Calumet Specialty Preds. Partners | A | Dividend | J | T | Buy | 11/14/14 | | | |
| 164.  Atlas Air Worldwide Holdings Inc. | A | Dividend | J | T | Buy | 11/19/14 | | | |
| 165.  Thor Industries Inc. | A | Dividend | J | T | Buy | 12/10/14 | | | |
| 166.  Perion Network Ltd. | A | Dividend | J | T | Buy | 12/19/14 | | | |
| 167.  Real Estate - (Collier County FL) Parcel 1 | | None | N | T | Sold | 01/30/14 | N | E | |
| 168.  Real Estate - Collier County FL) Parcel 2 | | None | O | S | | | | | |
| 169.  Real Estate - (Atlantic County, NJ) Parcel 1 | | None | O | S | | | | | |
| 170.  Real Estate - (Atlantic County, NJ) Parcel 2 | | None | N | S | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Real Estate - (Camden County, NJ) Parcel 1 | | None | O | S | | | | | |
| 172. Real Estate - (Camden County, NJ) Parcel 2 | | None | M | S | | | | | |
| 173. Real Estate - (Camden County, NJ) Parcel 3 | D | Rent | O | S | | | | | |
| 174. Pioneer Stock Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. As to Part VII, Paragraph 4, the partnership is with [ ] and is invested in gold coins.

2. As to Part VII, Paragraphs 100, 101, 102, 103, 104, 169, 170, 172 and 173, are owned entirely [ ].

3. The assessments in Part VII, paragraphs 167 - 173, are as follows:

Collier County Parcel 1:    $547,000
Collier County Parcel 2:    $244,000
Atlantic County Parcel 1: $522,300
Atlantic County Parcel 2: $309,900
Camden County Parcel 1: $858,100
Camden County Parcel 2: $187,400
Camden County Parcel 3: $912,000

4. As to Part VII, Paragraph 98, this is a purchase money mortgage given to the Trust to secure a loan made by the Trust.

5. As to Part VII, Paragraph 3, I am an income beneficiary of a Trust established by a deceased relative. I have only a contingent interest in the corpus. I have no power to direct, buy, sell, or otherwise dispose of any assets. As of 12/31/14, the Trust was invested in the following funds and securities: Aberdeen Global High Income Fund; American Century Tax-Free Bond Fund; Nuveen Intermediate Duration Bond Fund; Nurveen Limited Term Municipal Bond Fund; Vanguard Intermediate TermTax Exempt Fund; Dreyfus Emerging Markets Debt Local Currency Fund; oFidelity Advisors Emerging Markets Income Fund; Pimco Foreign Bond Fund; Wells Fargo Advantage International Bond Funds; Comcast Corp.; Johnson Controls, Inc.; Target Corp.; TJX Companies, Inc.; Walt Disney Co.; Monster Beverage Corp.; Exxon Mobil Corp.; National Oilwell Varco Inc.; Affiliated Managers Group, Inc.; Berkshire Hathaway, Inc.; Blackrock, Inc.; CME Group, Inc.; Goldman Sachs Group, Inc.; J.P. Morgan Chase & Co.; U.S. Bancorp; Baxter International, Inc.; Gilead Sciences, Inc.; McKesson Corp.; United Health Care Group, Inc.; Boeing Co.; General Electric Co.; Union Pacific Co.; Apple, Inc.; Cisco Systems, Inc.; EMC Corp.; IBM Corp.; Microsoft Corp.; Oracle Corp.; Celanese Corp.; Verizon Communications; Public Enterprise Group, Inc.; Diageo PLC-ADR; Eaton Corp.; Schlumberger Ltd.; IShares Russell 2000 ETF; Touchstone Mid Cap Fund; Victory Munder Mid Cap Growth Fund; Harbor International Fund; Lazard Emerging Markets Portfolio; Oppenheimer Developing Markets Fund; AQR Managed Futures Strategy Fund; ASG Global Alternatives Fund; Driehaus Active Income Fund; Eaton Vance Global Macro Absolute Return Fund; The Merger Fund; Credit Suisse Commodity Return Strategy Fund; Morgan Stanley Institutional International Real Estate Portfolio; Voya Real Estate Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544